# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80203-CR-HURLEY

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**SHELDON ARMSTRONG,**
    Defendant.

------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 63], dated March 20, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, April 21, 2014**, at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of April, 2014.

**copy furnished:**
AUSA Lauren E. Jorgensen
Joel D. Robrish, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge